## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AQUIL JOHNSON, | : | Civil No. 1:21-CV-00516 |
| Plaintiff, | : | |
| v. | : | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

### ORDER

**AND NOW**, on this 25th day of March 2024, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Plaintiff's motion for reconsideration of the court's June 22, 2023 order, Doc. 137, is **DENIED**.

2. Plaintiff's motion for leave to file supplemental pleadings, Doc. 133, is **DENIED**.

3. Plaintiff's motion to strike Defendant Fisher's Exhibits, Doc. 135, is **DENIED**.

4. Plaintiff's motion to file sur-replies, Doc. 144, is **GRANTED**.

5. The proposed sur-reply, Doc. 144-2, is deemed **FILED**.

6. Defendants' motions for summary judgment, Docs. 120, 123, are **GRANTED** in part and **DENIED** in part.

7. Judgment is entered in favor of Defendants on the Eighth Amendment claim regarding the treatment of tooth number 8 received in March 2019, January 2020, and April 2020.

1

8. Judgment is entered in favor of Defendants on the Eighth Amendment claim regarding the treatment of tooth number 29.

9. Judgment is <u>not</u> entered on the Eighth Amendment claim concerning the missed August 15, 2019 appointment and the subsequent requests for treatment on August 15, 2019, September 14, 2019, November 20, 2019, and December 31, 2019 that went unanswered.

10. A status conference will be conducted via telephone by the court on **<u>April 24, 2024, at 1:30 p.m.</u>**  The parties shall call-in to the conference call number 877-336-1828 using the access code 2529544.  The court shall make arrangements with SCI-Rockview to connect Plaintiff, who is self-represented.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania