**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AQUIL JOHNSON, | : | Civil No. 1:21-CV-00516 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## DATE CERTAIN TRIAL SCHEDULING ORDER

**AND NOW**, on this 25th day of April, 2024, **IT IS ORDERED AS**

**FOLLOWS**:

1.     **Trial List.**  The above case is hereby listed for trial on **March 10, 2025**.
This is a trial date certain.  Jury selection will commence at 9:30 a.m. on the above
date, in Courtroom No. 8A, Eighth Floor, Sylvia H. Rambo United States
Courthouse, Harrisburg, Pennsylvania.  The parties are attached for trial.  Trial will
commence immediately following the completion of jury selection.

2.     **Motions in Limine**.  Motions in limine <u>and</u> supporting briefs shall be filed
by **January 27, 2025**.

3.     **Proposed Voir Dire Questions.**  Proposed voir dire questions shall be filed
via CM/ECF on or before **February 21, 2025**.

4.     **Joint Voir Dire Statement**. On or before, **February 21, 2025**, the parties
shall jointly file via CM/ECF a brief statement describing the case, which

will be read by the court to the prospective jurors during voir dire. In most cases, this statement should not exceed one paragraph.  Counsel are advised that this statement should be a neutral description of the nature of the case and the claims that are being litigated.  This is not an opportunity for advocacy.

5.     **Proposed Jury Instructions.** Each party shall file proposed jury instructions via CM/ECF on or before **February 21, 2025**. Proposed jury instructions shall comply in all regards with Local Rule 51.1 including in number, format, and citation.  For all proposed instructions based on model instructions, counsel shall provide both a "clean" and redline copy showing any changes that were made to the model instruction.  In addition, counsel shall provide the court with a Microsoft Word version of their proposed instructions via email to [Judge_Wilson@pamd.uscourts.gov](mailto:Judge_Wilson@pamd.uscourts.gov) on the same date when the proposed instructions are filed.  Counsel need not include routine procedural instructions unless they are specifically pertinent to their case.

6.     **Proposed Verdict Forms.**  Each party shall file a proposed verdict form via CM/ECF on or before **February 21, 2025**.

7.     **Pretrial Memorandum.**  Each party shall file a pretrial memorandum via CM/ECF on or before **February 21, 2025**.

8.      **Exhibits.**

a.      The parties shall pre-mark all exhibits which they intend to introduce as part of their case in chief.  One copy of the exhibit list and all exhibits shall be served on the opposing party not later than ten business days prior to the commencement of trial.  Each party shall file their exhibit list (but not exhibits) via CM/ECF on or before **February 21, 2025**.  Two sets of pre-marked documentary exhibits shall be given to the deputy clerk before jury selection on the day of trial for the court's use. If more than fifteen exhibits are to used, the sets shall be submitted in separate three-ring binders. The exhibit list shall be in the form provided on the court's website at www.pamd.uscourts.gov.

b.      The original exhibits shall be maintained by counsel.

c.      All parties are expected to use presentation technology available in the courtroom to display evidence. Training on the equipment shall be arranged in advance of trial with the courtroom deputy. *See* "Programs & Services" page on the court's website at www.pamd.uscourts.gov.

d.      Jury Evidence Recording System (JERS). Counsel for any party who wish to have admitted exhibits electronically displayed to the jury during deliberations shall submit a

complete and properly formatted USB flash drive or disc

containing the party's exhibit list and exhibits to the deputy

clerk no less than one business day prior to closing arguments.

Additional information concerning the JERS system may be found on

the "Programs & Services" page on the court's website at

www.pamd.uscourts.gov

**9.    Daily Schedule.** The following trial schedule will be maintained, unless

otherwise ordered by the court: Each morning session will commence at

9:30 a.m. and end at 12:30 p.m. Each afternoon session will commence at

1:30 p.m. and end at 4:30 p.m. There will be a ten-minute break at

approximately 11:00 a.m. and 3:00 p.m. The courtroom doors will be

locked during lunch hour. Any conference outside the presence of the jury

will occur either at 9:00 a.m., or at 4:30 p.m., and counsel should notify the

court as soon as practicable when a conference will be needed.

**10.    Trial Transcripts.** Post-trial motions will be decided without a transcript

of testimony unless there are unusual circumstances. Counsel are cautioned

to take adequate notes. Failure to do so will not be justification for the

transcription of testimony.

**11.    Polling of the Jury.** Any request to have the jury polled must be made

before the court enters judgment and excuses the jury.

12.     **Final Pretrial Conference**. A final pretrial conference will be held on

**March 7, 2025, at 1:30 p.m.**, in Courtroom No. 8A, Eighth Floor, Sylvia H.

Rambo United States Courthouse, Harrisburg, Pennsylvania.  All parties shall be

present for the pre-trial conference. No later than seven days before this date,

counsel shall hold a conference as indicated in Local Rule 16.3.

13.     The court will not consider any submission filed after the deadlines

established in this Order or, in the absence of a court order, the Federal Rules of

Civil Procedure, or the Local Rules of the Middle District of Pennsylvania, unless

counsel includes a written explanation for the lateness along with the late

submission and the court concludes that the lateness was substantially justified or

unavoidable.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Judge
> Middle District of Pennsylvania