## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AQUIL JOHNSON,        :    Civil No. 1:21-CV-00516

     Plaintiff,          :

     v.                 :

PENNSYLVANIA DEPARTMENT OF   :
CORRECTIONS, *et al.*,         :

     Defendants.       :    Judge Jennifer P. Wilson

**FILED**
HARRISBURG, PA

APR - 2 2026

PER _____
DEPUTY CLERK

### <u>VERDICT FORM</u>

1. Did Mr. Johnson prove by a preponderance of the evidence that his dental condition constituted a serious medical need from August of 2019 through January 6, 2020?

         Yes __X__ No _____

*If you answered "Yes" to Question 1, proceed to Question 2.*

*If you answered "No" to Question 1, your deliberations have ended. Please have the Foreperson sign and date this form on the last page and return the form to the Courtroom Deputy.*

2.     Did Mr. Johnson prove by a preponderance of the evidence that either Mr. Ellers or Dr. Tejeda were aware of his serious medical need and deliberately ignored it from August 2019 to January 2020 in violation of Mr. Johnson's rights:

Mr. Ellers     Yes __✗__ No _____

Dr. Tejeda     Yes _____ No __✗__

*If you answered "Yes" to Question 2 with respect to one or both Defendants, proceed to Question 3.*

*If you answered "No" to Question 2 with respect to both Defendants your deliberations have ended. Please have the Foreperson sign and date this form on the last page and return the form to the Courtroom Deputy.*

3.     Do you find that Mr. Johson proved that he suffered a physical injury that was less than significant but more than a minor harm?

Yes __✗__ No _____

*If you answered "Yes" to Question 3, proceed to Question 4.*

*If you answered "No" to Question 3, your deliberations have ended. Please have the Foreperson sign and date this form on the last page and return the form to the Courtroom Deputy.*

2

4.    What amount of compensatory damages, if any, has Mr. Johnson proven by a preponderance of the evidence will compensate him fairly for his injuries?

If you conclude that Mr. Johnson has not proven any compensatory damages, write $0 on the compensatory-damages line and write $1.00 on the nominal-damages line.

Answer: $ _15,000_ (compensatory)

Answer: $_____ (nominal) ($1.00)

*Proceed to Question 5.*

5.    Did Mr. Ellers or Dr. Tejeda act maliciously or wantonly?

Mr. Ellers    Yes __X__    No _____

Dr. Tejeda    Yes _____    No __X__

If you conclude that Mr. Ellers or Dr. Tejada acted maliciously or wantonly, what amount of punitive damages, if any, should be awarded?

Mr. Ellers: $ _85,000_ (punitive)

Dr. Tejeda: $ _0_ (punitive)

*Sign and date this form and return to the courtroom.*

**SO SAY WE ALL, this** _2nd_ **day of April, 2026.**

_____
**Foreperson**

3