AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania ▾

| | |
|---|---|
| Aquil Johnson | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:21-cv-00516 |
| Pennsylvania Department of Corrections, et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  Jury awarded plaintiff $15,000 in compensatory damages and $85,000 in punitive damages.

Jury Verdict filed at doc. 311.

This action was *(check one)*:

☑ tried by a jury with Judge Jennifer P. Wilson _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for

Date: April 2, 2026 _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*